**Motion Granted and Order filed June 7, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-12-00444-CV

———————

**GLENDA GOTCH, Appellant**

**V.**

**DAVID TERRY GOTCH, Appellee**

---

**On Appeal from the 246st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1998-27953**

---

## O R D E R

Appellant's prior appeal was dismissed because there was no final judgment. A final judgment was entered and this appeal ensued. Appellant moved to have the clerk's record and reporter's record filed in the prior appeal filed in this appeal. The motion is GRANTED.

We order the clerk's record and reporter's record filed in our appellate case number 14-11-00953-CV transferred from that case and filed in the records of this appeal.

PER CURIAM